UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH,<br>Petitioner,<br>v.<br>JOE A. LAZARRAGA, Warden,<br>Respondent. | Case No. 19-05223 BLF (PR)<br>**ORDER OF DISMISSAL** |

On August 21, 2019, Petitioner, a California state prisoner, filed a petition for a writ of habeas corpus in this Court.[1] (Docket No. 1.) On the same day, the Clerk sent a notice to Petitioner informing him that he needed to either pay the filing fee or file a complete application to proceed *in forma pauperis* ("IFP") within twenty-eight days from the date of the notice to avoid dismissal. (Docket No. 2.) The deadline has passed, and Petitioner has failed to respond. Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending deadlines and close the case.

**IT IS SO ORDERED.**

Dated: _October 1, 2019_

BETH LABSON FREEMAN
United States District Judge

---

[1] This matter was reassigned to this Court after Petitioner failed to file consent to magistrate judge jurisdiction. (Docket No. 5.)

Order of Dismissal
P:\PRO-SE\BLF\HC.19\05223Barth_dism-ifp.docx