UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH,<br>　　　　Petitioner,<br>　　v.<br>JOE A. LAZARRAGA, Warden,<br>　　　　Respondent. | Case No. 19-05223 BLF (PR)<br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice.  Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated:  _October 1, 2019_

　　　　　　　　　　　　　　　　　　　*Beth Labson Freeman*
　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　United States District Judge